UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:09-CR-21-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL DE #159 |
| TONY ROUSE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the Defendant's motion to seal proposed sealed document Docket Entry #159 is GRANTED.

This the ____1st____ day of June, 2017.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina