UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-21-FL2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TONY JAMES ROUSE | |

On motion of the Defendant, Tony James Rouse, and for good cause shown, it is hereby ORDERED that DE 204 be sealed until further notice by this Court.

IT IS SO ORDERED.

This  13th  day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge